977 So.2d 946 (2008)
STATE ex rel. James H. O'BANION, Jr.
v.
STATE of Louisiana.
No. 2007-KH-1165.
Supreme Court of Louisiana.
March 24, 2008.
In re O'Banion, James H. Jr.;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of St. Bernard, 34th Judicial District Court Div. C, No. 116-797; to the Court of Appeal, Fourth Circuit, No. 2007-K-0443.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.